UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

POSCO DAEWOO AMERICA CORP.,

    *Plaintiff*,

v.

ALLNEX USA, INC. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

    *Defendants.*

Civil Action No. 17-483

**ORDER**

**John Michael Vazquez, U.S.D.J.**

    For the reasons expressed in the accompanying Opinion; and for good cause shown,

    **IT IS** on this 31st day of October, 2017,

    **ORDERED** that Travelers' motion to dismiss the Complaint pursuant to Federal Rule 12(b)(6) for failure to state a claim upon which relief can be granted (D.E. 6) is **GRANTED**; and it is further

    **ORDERED** that Plaintiff has thirty (30) days to file an amended complaint, if it so chooses, consistent with the accompanying Opinion and in accordance with Local Civil Rule 15.1.

                                                        John Michael Vazquez, U.S.D.J.